UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SELIM ZHERKA and RICHARD BLASSBERG,

Plaintiffs,

-against-

MICHAEL J. MARTINO, individually, LUIGI
MARCOCCIA, individually, TONY E. SAYEGH,
JR., individually, JOHN FITZPATRICK,
individually, SUSAN CIAMARRA, individually,
ROBERT MASCIANICA, individually, JOHN D.
CAVALLARO, individually, and the VILLAGE OF
TUCKAHOE,

Defendants.
-----------------------------------------------------------------x

**NOTICE OF
APPEARANCE**

Docket No.
07 Civ. 11251 (CLB)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for

defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email,

reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
December 24, 2007

MIRANDA  SOKOLOFF  SAMBURSKY
SLONE VERVENIOTIS, LLP
Attorneys for Defendant

By:_____
BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 07-344

TO:    LOVETT & GOULD, LLP
       Attorneys for Plaintiffs
       222 Bloomingdale Road
       White Plains, New York 10605