UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE GUARDIAN NEWS, INC.,

                Plaintiff,

-against-

MICHAEL J. MARTINO, individually,
LUIGI MARCOCCIA, individually,
TONY E. SAYEGH, Jr., individually,           07 Civ. 11251 (CLB)
STEVEN A. ECKLOND, individually,
JOHN FITZPATRICK, individually,
SUSAN CIAMARRA, individually,              NOTICE OF MOTION
ROBERT MASCIANICA, individually,          FOR PARTIAL
JOHN D. CAVALLARO, individually,           JUDGMENT AS TO
and the VILLAGE OF TUCKAHOE,            LIABILITY
New York,

                Defendant.
-----------------------------------------------------------x

        PLEASE TAKE NOTICE that upon the affidavit or Richard Blassberg duly executed March 18TH, 2008, the affidavit of Selim Zherka, duly executed March 18TH, 2008, the affirmation of Jonathan Lovett duly sworn to March 31ST, 2008, and the exhibits annexed thereto, Plaintiffs will move this Court, before the Hon. Charles L. Brieant, United States District Judge, at the Courthouse, 300 Quarropas Street, White Plains, N.Y. at Courtroom 218 for an order pursuant to FRCP 56, granting partial summary judgment against the Defendants on liability.

Dated: White Plains, N.Y.
         March 17, 2008

                                            LOVETT & GOULD, LLP
                                            By:
                                            Jonathan Lovett (4854)
                                            Attorneys for Plaintiff
                                            222 Bloomingdale Road
                                            White Plains, N.Y. 10605
                                            914-428-8401